192 So. 911
### Richard BUCKELEW v. STATE.
#### 6 Div. 472.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

192 So. 911
### J. D. BURT v. STATE.
#### 8 Div. 929.

Court of Appeals of Alabama.
Nov. 7, 1939.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

196 So. 900
### Emily BUSH v. STATE.
#### 6 Div. 602.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

199 So. 907
### Auzie BYRD v. STATE.
#### 8 Div. 74.

Court of Appeals of Alabama.
Nov. 26, 1940.

W. L. Chenault, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

197 So. 901
### Frank CALLOWAY v. STATE.
#### 5 Div. 99.

Court of Appeals of Alabama.
April 16, 1940.

Rehearing Denied June 25, 1940.

Percy M. Pitts, of Clanton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.